# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:  
                                      CASE NO.: 13-38411-BKC-LMI  
                                      PROCEEDING UNDER CHAPTER 13

CARLOS G AYLLON  
DIANA AYLLON

DEBTORS_____/

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

    **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

    **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on September 3, 2015

                                        NANCY K. NEIDICH, ESQUIRE  
                                        STANDING CHAPTER 13 TRUSTEE  
                                        P.O. BOX 279806  
                                        MIRAMAR, FL  33027-9806

                                        By: /s/_____  
                                        ☐ Adisley Cortez-Rodriguez, Esq.  
                                           FLORIDA BAR NO: 0091727  
                                        ☑ Amy Carrington, Esq.  
                                           FLORIDA BAR NO: 101877  
                                        ☐ Jose Ignacio Miceli, Esq.  
                                           FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 13-38411-BKC-LMI

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTORS**
CARLOS G AYLLON
DIANA AYLLON
POB 5202
HIALEAH, FL  33014-1202

**Via Electronic Service:**
**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

```
*********************
*** FAX TX REPORT ***
*********************

            TRANSMISSION OK

JOB NO.              1894
DESTINATION ADDRESS  13055129701
SUBADDRESS
DESTINATION ID       Sanchez
ST. TIME             06/19 16:50
TX/RX TIME           00' 34
PGS.                 1
RESULT               OK
```

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

06/19/2015

In Re:   **13-38411** - BKC-
         **CARLOS G AYLLON**
         **DIANA AYLLON**

Dear **ROBERT SANCHEZ, ESQUIRE**

The Trustee has recommended confirmation of a Plan in the above-
Referenced case based upon your assurance that **HMF FL B**
had agreed to the Debtor's treatment of its collateral. The
Trustee has since received a copy of a Proof of Claim filed with
the Bankruptcy Court.

The Proof of Claim is filed as such:

- o  Amount of Claim: $
- o  A secured creditor in the amount of $
- o  A secured creditor with arrearage and costs in the amount of $
- o  An unsecured priority creditor in the amount of $
- o  Unresolved Objection DE#
- o  Plan seeks to value collateral secured by [Creditor name] and no Motion to Value has been filed
- o  Motion to Value with no Order DE#
- o  Discrepancy in Order DE#
- o  **Other: (REG#2.2) PRIORITY PORTION NOT PROVIDED FOR IN PLAN.**

The Debtor is directed to either file a Motion to Modify the Confirmed
Plan to include the amount listed in the Proof of Claim, or an
Objection to the Proof of Claim within twenty (20) days of this
and the Trustee may file a Motion to Dismiss this case with
prejudice for six (6) months.

Very truly yours,